UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN LIVOTI | Hon. Douglas E. Arpert<br><br>Mag. No. 12-4501 (DEA)<br><br>**ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant U.S. Attorney, appearing), and defendant John Livoti (Lisa Van Hoeck, Assistant Federal Public Defender, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days to permit the Defendant an opportunity to enter a plea of guilty pursuant to a signed plea agreement, the parties having sought three prior continuances (of 60 days, 60 days, and 30 days, respectively), and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's initial appearance on the complaint, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have negotiated and signed a written plea agreement, and the case has been assigned to a U.S. District Court judge for entry of the plea. The plea hearing is scheduled for August 2, 2012, and the parties desire additional time for entry of this plea.

(2) As a result of the foregoing, pursuant to Title 18, United States Code,

Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 27th day of July 2012,

ORDERED that this action be, and hereby is, continued for a period of 30 days from July 24, 2012, through August 22, 2012; and it is further

ORDERED that the period from July 24, 2012, through August 22, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry
consented to:

*[signature]*
JOHN E. CLABBY
Assistant U.S. Attorney

*[signature]*
NELSON S.T. THAYER, JR.
Attorney-in-Charge, Trenton Office

*[signature]*
LISA VAN HOECK
Counsel for defendant John Livoti